JS-6

1  **BIRD, MARELLA, BOXER, WOLPERT NESSIM**
2  **DROOKS LINCENBERG & RHOW, P.C.**
   Sharon Ben-Shahar
3  Ashley D. Bowman
4  1875 Century Park East, 23rd Floor
   Los Angeles, CA 90067-2561
5

6  Attorneys for Defendants SEA SHEPHERD
   CONSERVATION SOCIETY and
7  PAUL WATSON

8
            UNITED STATES DISTRICT COURT
9
       CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
10

11

| | |
|---|---|
| VINCE DUNDEE, an individual; FAAST LEASING CALIFORNIA LLC, a California limited liability corporation; and ADY GIL, an individual, | Civil No. CV 14-7807-GW(PLAx) |
| | Assigned to Hon. George H. Wu |
| Plaintiffs, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| SEA SHEPHERD CONSERVATION SOCIETY, a California corporation; PAUL WATSON, an individual; and DOES 1 through 20, inclusive, | Complaint Filed: August 6, 2014<br>Trial Date: Not Yet Assigned |
| Defendants. | |

## **ORDER OF DISMISSAL**

The Court, having considered the above Stipulation and the pleadings and papers filed herein, and finding good cause;

IT IS ORDERED that this case is DISMISSED WITH PREJUDICE, all parties to bear their own fees and costs, and all pending matters in this case are hereby VACATED.

SO ORDERED this 18th day of May, 2016.

_____
The Honorable GEORGE H. WU
U.S. District Judge